F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11 - CV - 01671-WJM-MJW

BRIAN DEMAESTRI,
  Plaintiff.

-v-

ASSET ACCEPTANCE CAPITAL CORP.,
  Defendant

## COMPLAINT

Plaintiff, Brian DeMaestri, hereby sues Defendant, ASSET ACCEPTANCE CAPITAL CORP. and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### PARTIES

2. Plaintiff, Brian DeMaestri, is a natural person and is a resident of the State of Colorado presently residing at 9901 E. Evans Ave. #23D Denver, CO 80247

3. Defendant, ASSET ACCEPTANCE CAPITAL CORP., is a Delaware Corporation, authorized to do business in Colorado and is located at the following address 28405 Van Dyke Ave. Warren, MI 48090

### JURISDICTION AND VENUE

4. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

5. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

6. This is an action for damages which do not exceed $5,000.00.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

8. On or about October 30, 2010 ASSET ACCEPTANCE CAPTIAL CORP. initiated a pull of Plaintiffs consumer report from Experian without permissible purpose. (See Exhibit A)

9. On or about December 24, 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated a pull of Plaintiff's consumer report from Experian without permissible purpose. (See Exhibit A)

10. On or about October 30, 2010 ASSET ACCEPTANCE CAPTIAL CORP. initiated a pull of Plaintiffs consumer report from Experian without permissible purpose. (See Exhibit A)

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE CAPTIAL CORP.

11. Paragraphs 1 through 10 are realleged as though fully set forth herein.

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

13. ASSET ACCEPTANCE CAPTIAL CORP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

14. ASSET ACCEPTANCE CAPTIAL CORP. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) ASSET ACCEPTANCE CAPTIAL CORP. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPTIAL CORP. for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## NEGLIGENT NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE CAPTIAL CORP.

15. Paragraphs 1 through 10 are realleged as though fully set forth herein.

16. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

17. ASSET ACCEPTANCE CAPTIAL CORP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

18. ASSET ACCEPTANCE CAPTIAL CORP. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) ASSET ACCEPTANCE CAPTIAL CORP. negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPTIAL CORP. for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681n, 15 U.S.C. §1681o.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

a. Statutory damages in the amount of $3,000.
b. All costs of court, filing fees, document preparation fees and the like.
c. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 27, 2011

Respectfully submitted,

Brian DeMaestri
9901 E. Evans Ave. #23D
Denver, CO 80247
720-535-6656
bdemaestri@msn.com

(Exhibit A)

## Experian

Prepared for: **BRIAN D DEMAESTRI**
Date: **April 28, 2011**
Report number: **1370-0211-32**

Page 8 of 14

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

### Inquiries shared with others

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**ASSET ACCEPTANCE** PO BOX 1630 WARREN MI 48090
(800) 614-4730
Date of inquiry: Dec 24, 2010; Oct 30, 2010
No phone number available
Date of inquiry:

**ASSET ACCEPTANCE** PO BOX 1630 WARREN MI 48090
(800) 614-4730
Date of inquiry: Oct 30, 2010
No phone number available
Date of inquiry:
No phone number available
Date of inquiry:
No phone number available
Date of inquiry:
No phone number available
Date of inquiry:
No phone number available
Date of inquiry:
No phone number available

**Date**
**Reason**

No phone number available
Address identification number:
Not available

No phone number available
Address identification number:
Not available

**Date**
**Reason**

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;

06656891514