**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-01671-WJM-MJW            FTR - Courtroom A-502

**Date:**   August 01, 2011                           Courtroom Deputy, Ellen E. Miller

             *Parties*                                         *Counsel*

BRIAN DEMAESTRI,                                     Pro Se

       Plaintiff(s),

v.

ASSET ACCEPTANCE CAPITAL CORP.,                      Joseph J. Lico

       Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   STATUS CONFERENCE / SHOW CAUSE HEARING
**Court in Session:**   8:30 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

This case is being heard simultaneously with   **11-cv-01672-WJM-MJW**  for efficiency.
The Court addresses **11-cv-01671-WJM-MJW** and **11-cv-01672-WJM-MJW** as both cases were filed by the same *Pro Se* plaintiff on the same day and involve the same parties. These cases will run with parallel settings, dates, and deadlines unless and until either party files a motion to consolidate and unless and until such motion is decided by the court.

**It is ORDERED:**   The ORDER TO SHOW CAUSE [Docket No. 3, filed June 30, 2011] is deemed satisfied and is vacated.

**It is ORDERED:**   Defendant shall have up to and including **AUGUST 08, 2011** within which to file an Answer or otherwise respond to the Complaints filed in both cases.

It is noted Plaintiff's Motion for Entry of Default [Docket No. 10, filed July 27, 2011] was denied by the Court on July 28, 2011 [Docket No. 13].  Therefore,
**It is ORDERED:**   Plaintiff's Motion to Withdraw Motion for Entry of Default Judgment [Docket NO. **14** , filed July 28, 2011] is **DENIED AS MOOT.**


**It is ORDERED:**   A Rule 16(b) SCHEDULING/PLANNING CONFERENCE is set **AUGUST  26,  2011  at 2:00 p.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

        Denver, Colorado 80294.

        Parties shall file their proposed Scheduling Order **on or before AUGUST 22, 2011.**

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the forms section of the Court's website at www.cod.uscourts.gov . Scheduling Orders prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

        **On or before AUGUST 22, 2011,** counsel/pro se parties shall each submit a brief Confidential Settlement Statement to Magistrate Judge Watanabe **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client.

ECF participants shall submit their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement", date of the conference, and the case number to: Watanabe_Chambers@cod.uscourts.gov. (The Confidential Settlement Statement should be in PDF format and sent as an attachment to the e-mail.) Counsel should be prepared to discuss settlement at the Scheduling/Planning Conference and should obtain settlement authority from the client, or have the client available either in person or by telephone. Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado 80294. (The Clerk's Office telephone number is (303) 844-3433.)

Hearing concluded.

**Court in recess:**    8:43 a.m.
Total In-Court Time    00:07    (Time in court is divided between two cases)