IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   AUG 3 0 2011

GREGORY C. LANGHAM
           CLERK
```

Civil Action No. 11-cv-01671-WJM-MJW

BRIAN DEMAESTRI,
    Plaintiff,

-v-

ASSET ACCEPTANCE CAPITAL CORP.,
    Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Brian DeMaestri ("the Plaintiff") to respectfully move the Court for leave to file a SECOND AMENDED COMPLAINT. Plaintiff mistakenly asked for statutory or actual damages in his AMENDED COMPLAINT and respectfully requests this Honorable Court to grant leave to file a SECOND AMENDED COMPLAINT to remedy this error. The new complaint maintains the counts and allegations of the original complaint with the addition of two (2) FCRA violations to reflect that the case was consolidated with 11-cv-01672.

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO.LCiv.R 7.1

The undersigned certifies that, pursuant to D.C.COLO.LCivR 7.1, the undersigned conferred with defendant regarding this Motion for Leave to file Second Amended Complaint pursuant to Fed. R.Civ.P. 42(a). Defendant does not object to the

1

relief requested.

    WHEREFORE, Plaintiff respectfully requests leave from the Court to file a SECOND AMENDED COMPLAINT.

Dated: August 30, 2011

Respectfully submitted,

*[signature]*

Brian DeMaestri
9901 E. Evans Ave. #23D
Denver, CO 80247
720-535-6656
bdemaestri@msn.com

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Counsel for Defendant ASSET ACCEPTANCE CAPITAL CORP. to Joseph J. Lico Esq. Seventeenth Ave. Suite 1800 Denver, CO 80293 on August 30, 2011.

*[signature]*
Plaintiff's Original Signature

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

1. Date of Transmission:

   8/30/2011

2. Name of *pro se* party making the transmission:

   BRIAN DEMAESTRI

   Facsimile number: 720-535-6656 (call first)   Telephone number: 720-535-6656

3. Case number, caption and title of pleading or paper:

   11-cv-01671-WJM-MJW,

   BRIAN DEMAESTRI v. ASSET ACCEPTANCE CAPITAL CORP.,

   PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE SECOND

   AMENDED COMPLAINT, SECOND AMENDED COMPLAINT

4. Number of pages being transmitted, including facsimile cover sheet: 9

   Instructions: