08/30/11  10:27 AM

RECIEVED IN
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 0 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01671-WJM-MJW

BRIAN DEMAESTRI,
        Plaintiff.

-v-

ASSET ACCEPTANCE CAPITAL CORP.,
        Defendant.

## SECOND AMENDED COMPLAINT

Plaintiff. Brian DeMaestri, hereby sues Defendant, ASSET ACCEPTANCE CAPITAL
CORP. and alleges:

## PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit
Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*. and violations of the Fair Debt Collection
Practices Act (FDCPA) 15 U.S.C. §1692 *et seq*

## PARTIES

2.  Plaintiff, Brian DeMaestri, is a natural person and is a resident of the State of
Colorado presently residing at 9901 E. Evans Ave. #23D Denver, CO 80247

3. Defendant, ASSET ACCEPTANCE CAPITAL CORP.. is a Delaware Corporation,
authorized to do business in Colorado and is located at the following address: 28405 Van Dyke
Ave. Warren, MI 48090

## JURISDICTION AND VENUE

4.  The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

5.  Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

6.  This is an action for damages which do not exceed $10,000.00.

7.  All conditions precedent to the bringing of this action have been performed. waived or
excused.

1

## FACTUAL ALLEGATIONS

8. On October 30, 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated a pull of Plaintiffs consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

9. On December 24, 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated a pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

10. On October 30, 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated an additional pull of Plaintiffs consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

11. On or about November 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated a pull of Plaintiffs consumer report from Trans Union without a permissible purpose, attempting to collect an alleged debt. (See Exhibit B)

12. On or about November 2010 ASSET ACCEPTANCE CAPITAL CORP. initiated an additional pull of Plaintiff's consumer report from Trans Union without a permissible purpose, attempting to collect and alleged debt. (See Exhibit B)

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE CAPITAL CORP.

13. Paragraphs 1 through 12 are realleged as though fully set forth herein.

14. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

15. ASSET ACCEPTANCE CAPITAL CORP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

16. ASSET ACCEPTANCE CAPITAL CORP. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) ASSET ACCEPTANCE CAPITAL CORP. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPITAL CORP. for statutory damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n.

## COUNT II
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## NEGLIGENT NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE
## CAPITAL CORP.

17. Paragraphs 1 through 12 are realleged as though fully set forth herein.

18. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

19. ASSET ACCEPTANCE CAPITAL CORP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

20. ASSET ACCEPTANCE CAPITAL CORP. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) ASSET ACCEPTANCE CAPITAL CORP. negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPITAL CORP. for statutory damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

## COUNT III
## VIOLATION OF FAIR DEBT COLLECTION
## PRACTICES ACT (FDCPA), 15 U.S.C. §1692
## BY DEFENDANT ASSET ACCEPTANCE CAPITAL CORP.

21. Paragraphs 1 through 12 are realleged as though fully set forth herein..

22. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

23. ASSET ACCEPTANCE CAPITAL CORP. is a debt collector within the meaning of the FDCPA 15 U.S.C. §1692a(6).

24. ASSET ACCEPTANCE CAPITAL CORP. violated the FDCPA. Defendants' violations include, but are not limited to, the following:
   (a) ASSET ACCEPTANCE CAPITAL CORP. violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.
   (b) ASSET ACCEPTANCE CAPITAL CORP. violated 15 U.S.C. §1692f(1) by the use of unfair or unconscionable means to collect or attempt to collect any debt.

3

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPITAL CORP. for statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

a. Statutory damages in the amount of $6,000.
b. All costs of court, filing fees, document preparation fees and the like.
c. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: August 30, 2011

Respectfully submitted,

Brian DeMaestri
9901 E. Evans Ave. #23D
Denver, CO 80247
720-535-6656
bdemaestri@msn.com

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Counsel for Defendant ASSET ACCEPTANCE CAPITAL CORP. to Joseph J. Lico Esq. Seventeenth Ave. Suite 1800 Denver, CO 80293 on August 30, 2011.

Plaintiff's Original Signature



:Experian

"Exhibit A"

Prepared for: BRIAN'D DEMAESTRI
Date: April 28, 2011
Report number: 1370-0211-32

Page 8 of 14

- Experian Consumer Assistance to process a report for you.
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

ASSET ACCEPTANCE  PO BOX 1630   WARREN MI 48090
(800) 614-4730
Date of inquiry: Dec 24, 2010, Oct 30, 2010

No phone number available
Date of inquiry:

Date of inquiry:

ASSET ACCEPTANCE PO BOX 1630   WARREN MI 48090
(800) 614-4730
Date of inquiry: Oct 30, 2010

No phone number available
Date of inquiry:

Date of inquiry:

Date of inquiry:

No phone number available
Date of inquiry:

No phone number available
Date of inquiry:

Date of inquiry:

No phone number available
Date of inquiry:

No phone number available

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

*Inquiries shared with others*
The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

No phone number available
Address identification number:
Not available

Date:
Reason

No phone number available
Address identification number:
Not available

Date:
Reason

*Inquiries shared only with you*
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation.

0665669151

95%

P.08

"Exhibit B"



Consumer Credit Report for BRIAN DANIEL DEMAESTRI

File Number: 237359591
Page: 3 of 3
Date Issued: 04/28/2011

TransUnion.

Requested On: 01/2011

Requested On: 12/2010

Requested On: 11/2010

Requested On: 10/7/010

Requested On: 09/2010

Requested On: 09/2010

**FACTACT FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
Requested On: 04/2011

**ASSET ACCEPTANCE CAPITAL**
POB 1630
WARREN, MI 48090
(800) 614-4730
Requested On: 11/2010

**ASSET ACCEPTANCE CAPITAL**
POB 1630
WARREN, MI 48090
(800) 614-4730
Requested On: 11/2010

**BRIAN DANIEL DEMAEST VIA TRANSUNION INTERACTIVE I**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 07/2010
Permissible Purpose: CREDIT MONITORING

## Should you wish to initiate an investigation, you may do so,

At our web site:
http://transunion.com/disputeonline

By Mail:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

By Phone:
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## To dispute online go to: http://transunion.com/disputeonline