## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-01671-WJM-MJW

BRIAN DEMAESTRI

Plaintiff,

v.

ASSET ACCEPTANCE CAPTIAL CORP.,

Defendant.

### DECLARATION OF DEBORAH EVERLY

I, Deborah Everly, declare:

1. My name is Deborah Everly and I make this Declaration upon personal knowledge. I am over eighteen years of age, of sound mind and fully competent to make this Declaration.

2. I am the Senior Vice President & Chief Acquisitions Officer for Asset Acceptance Capital Corp./Asset Acceptance, LLC (collectively "Asset"). Asset purchases charged-off receivables and then attempts to collect those receivables. My primary duties include overseeing and managing the purchasing of those charged-off receivables.

3. Plaintiff was delinquent on a debt with Xcel Energy Services, Inc. ("Xcel").

4. Asset purchased Plaintiff's debt from Xcel as part of a bulk sale on May 18, 2006.

5. Asset purchased Plaintiff's account and initiated a review of Plaintiff's

Exhibit A

"consumer report information" from Experian.

6. Asset initiated an inquiry of Plaintiff's consumer report from TransUnion in November 2010.

7. Asset inquired into Plaintiff's consumer credit history from Experian as part of its reasonable efforts to collect Plaintiff's outstanding debt.

8. The inquiry into Plaintiff's consumer credit history from Experian was for no other purpose other than to assist Asset with the collection of Plaintiff's debt.

9. Asset inquired into Plaintiff's consumer credit history from TransUnion as part of its reasonable efforts to collect Plaintiff's outstanding debt.

10. The inquiry into Plaintiff's consumer credit history from TransUnion was for no other purpose other than to assist Asset with the collection of Plaintiff's debt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 18, 2011 at 2pm in Bonifay, FL.

_____
Deborah Everly

2

Exhibit A