IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-01671-WJM-MJW

BRIAN DEMAESTRI

Plaintiff,

v.

ASSET ACCEPTANCE CAPTIAL CORP.,

Defendant.

## DECLARATION OF JOHN F. VELASQUEZ

I, John F. Velasquez declare:

1. My name is John F. Velasquez and I make this Affidavit upon personal knowledge. I am over eighteen years of age, of sound mind and fully competent to make this Affidavit.

2. I have been employed by Xcel Energy Services Inc. ("Xcel Energy") for almost 34 years and have held the position of Manager, Agency Relations for 6 years. My duties include managing collection agencies, bankruptcies and overseeing debt sales.

3. On May 18, 2006, Xcel Energy entered into a Purchase Agreement with Asset Acceptance, LLC ("Asset") whereby Xcel Energy agreed to sell delinquent charged off accounts and all the rights pertaining thereto to Asset. A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit A**.

4. The Purchase Agreement was finalized between Xcel Energy and Asset on May 31, 2006 and signed by Benjamin G. Fowke III on behalf of Xcel Energy.

EXHIBIT A

5. Xcel Energy provided a compact disc that contained the information on 510,888 delinquent charged off accounts that were purchased as part of the Purchase Agreement by Asset.

6. One of the delinquent charged off accounts purchased by Asset as part of the Purchase Agreement was an account that belonged to a Brian DeMaestri (Account # 1948699) with an associated social security number ending in 5477 (the "Account").

7. As part of the purchase, Xcel Energy provided Asset with certain information associated with the Account. See **Exhibit B** attached hereto.

8. Mr. DeMaestri's Account was for services from December 18, 2001 through April 15, 2002 at 6495 Happy Canyon Road, Denver, Colorado and from April 15, 2002 through May 31, 2002 at 6761 S Ivy Way #A7, Centennial, Colorado.

9. The information Xcel Energy provided to Asset was true and accurate to the best of Xcel Energy's knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of November, 2011.

*(signed)* John F. Velasquez
Manager, Agency Relations
Xcel Energy Services Inc.

2

# EXHIBIT A