| Debtornum | Rec Type | Name | SSN | Cust Type | Company |
|---|---|---|---|---|---|
| 1948699 | 1 | DEMAESTRI   BRIAN D | ███-5477 | DO | PSCO |

EXHIBIT B

| Co-Tenant Name | Phone | Homephone | Cellphone | Debtornum | Rec Type | Date Effective |
|---|---|---|---|---|---|---|
| | 303-337-1663 | 303-521-2918 | | 1948699 | 2 | 2000-01-01 |

EXHIBIT B

| Addr Name | Addr Notes | Addr Line1 | Addr Line2 | Addr Line3 |
|---|---|---|---|---|
| BRIAN D DEMAESTRI | LINDA JONES | 9508 WANGARATTA CT | | HIGHLANDS RANCH, CO |

EXHIBIT B

| Zip | Debtornum | Rec Type | Date Final Read | Date Start Service | Premise Title | Unit | House |
|---|---|---|---|---|---|---|---|
| 80130-7100 | 1948699 | 3 | 2002-05-31 | 2002-04-16 |  | A7 | 6761 |

EXHIBIT B

| Pre-Direction | Street | Post-Direction | Town | State | ZIP | Debtornum | Rec Type |
|---|---|---|---|---|---|---|---|
| S | IVY WY | | CENTENNIAL | CO | 80112-6250 | 1948699 | 4 |

EXHIBIT B

| Date Event | Description | Amount | Notes | Debtornum | Rec Type | Date Referred |
|---|---|---|---|---|---|---|
| 2002-05-29 | Late Payment | 0 | LATE PAY | 1948699 | 6 | 2002-09-10 |

EXHIBIT B

| Agency | Description | Amount | PorS | Reason | Debtornum | Rec Type | Date Posted |
|---|---|---|---|---|---|---|---|
| American Banco Corporation | Assign | 162.33 | P | | 1948699 | 7 | 2002-12-11 |

EXHIBIT B

| JNL Descr | JNL Code | Amount | Notes | Debtornum | Rec Type | Date Current | Balance Owed |
|---|---|---|---|---|---|---|---|
| WRITE OFFS | 2 | 162.33 | Write off journal | 1948699 | 8 | 2006-04-20 | 162.33 |

EXHIBIT B

| Agency |
|---|
| Bonded Collection-Primary |

EXHIBIT B