IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01671-WJM-MJW

BRIAN DEMAESTRI

Plaintiff,

v.

ASSET ACCEPTANCE CAPITAL CORP.,

Defendant.

## PLAINTIFF BRIAN DEMAESTRI'S, PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

This matter having come before this Court upon motion by Plaintiff in the above captioned case, and after having considered the briefs filed and arguments made by Plaintiff and counsel for Defendant,

IT IS HEREBY ORDERED that:

Defendant's motion to dismiss is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that:

Pursuant to 15 U.S.C. § 1681n(a)(1)(B) and 15 U.S.C. § 1692k(a)(2)(A), Plaintiff shall be awarded statutory damages in the amount of $6,000, and it is further

ORDERED that:

Pursuant to 15 U.S.C. § 1681n(a)(3) and 15 U.S.C. § 1692k(a)(3), Plaintiff shall be awarded costs of this action in the amount of $1,000,

and it is further

ORDERED that:

This honorable Court grant other and further relief as the Court deems just and proper and,

It is so ORDERED.

Date:_____

---

HONORABLE WILLIAM J. MARTINEZ
United States District Judge

Respectfully submitted,

*/s/ Brian DeMaestri*
Brian DeMaestri
9901 E. Evans Ave.
Denver, CO 80247