## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:11-cv-01671-WJM-MJW**

BRIAN DEMAESTRI

Plaintiff,

v.

ASSET ACCEPTANCE CAPTIAL CORP.,

Defendant

---
### MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
---

COMES NOW Asset Acceptance Capital Corp., (the "Defendant"), by and through its counsel of record, and files this Motion to Strike Plaintiff's Motion for Summary Judgment:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCiv.R 7.1

The undersigned certifies that, pursuant to D.C.COLO.LCivR 7.1, the undersigned conferred with Plaintiff regarding this Motion to Strike. Plaintiff objects to the relief requested.

### INTRODUCTION

Plaintiff filed his Complaint on June 27, 2011. See, Docket Entry No. 1. Plaintiff then filed a First Amended Complaint on July 14, 2011. See, Docket No. 6. Plaintiff then sought leave to file a Second Amended Complaint which was granted on October 13, 2011. See, Docket No. 27. Defendant filed its Answer on October 24, 2011. See, Docket Entry No. 29. The only substantial change between Plaintiff's First Amended and Second Amended Complaint was the withdrawal of actual damages.

Magistrate Judge Watanabe set this matter for a Scheduling Conference with a date of August 1, 2011. See, Docket No. 3. Both parties participated in the Scheduling Conference and

Magistrate Judge Watanabe continued the Scheduling Conference to August 26, 2011. See, Docket No. 15. A proposed Scheduling Order was submitted to Magistrate Judge Watanabe by Plaintiff unilaterally on August 18, 2011. See, Docket No. 20. The dispositive motion deadline submitted by Plaintiff in his proposed Scheduling Order was January 30, 2012. Defendant submitted a subsequent Scheduling Order and proposed a dispositive motion deadline of January 20, 2012. The Scheduling Conference took place on August 26, 2011, and Magistrate Judge discussed the proposed Scheduling Order including all dates. Magistrate Judge Watanabe filed the Scheduling Order at the conclusion of the Scheduling Conference. See, Docket No. 23. A dispositive motion deadline was set for January 20, 2012.

Defendant timely filed a Motion for Summary Judgment on October 24, 2011. See, Docket No. 30. Plaintiff filed his Response on October 27, 2011. See, Docket No. 33. Defendant filed its Reply on November 9, 2011. See, Docket No. 33. Defendant's Motion for Summary Judgment has been fully briefed and is ripe for a ruling from this Court.

Plaintiff now files a Motion for Summary Judgment on February 13, 2012. Plaintiff's Motion for Summary Judgment is untimely and must be stricken.

## CONCLUSION AND RELIEF REQUESTED

For all of the above reasons, Defendant respectfully requests that this Court strike Plaintiff's Motion for Summary Judgment as untimely.

DATED this 13th day of February, 2012.

        Respectfully submitted,
        Adam L. Plotkin, P.C.

By:  /s/ Joseph J. Lico_____
      Joseph J. Lico, Esq.
      621 Seventeenth Avenue, Suite 1800
      Denver, Colorado 802933

2

                              Telephone: (303) 302-6864
                              FAX: (303) 302-6864
                              jlico@alp-pc.com
                              Attorneys for Defendant

## **Certificate of Service**

       I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and by sending it via electronic mail and placing the same in the U.S. Mail, postage pre-paid, to the following address:

Brian DeMaestri
9901 E. Evans, Ave., @23D
Denver, CO 80247

bdemaestri@msn.com

                              By:    /s/ Joseph J. Lico_____
                                          Joseph J. Lico, Esq.