IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01671-WJM-MJW

BRIAN DEMAESTRI,
Plaintiff,

-v-

ASSET ACCEPTANCE CAPITAL CORP.,
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2012

GREGORY C. LANGHAM
CLERK

## PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW Brian DeMaestri ("the Plaintiff") to respectfully move the Court for leave to file its Motion for Summary Judgment, and states as follows:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO.LCiv.R 7.1

The undersigned certifies that, pursuant to D.C.COLO.LCivR 7.1, the undersigned conferred with defendant regarding this Motion for Leave to file Second Amended Complaint pursuant to Fed. R.Civ.P. 42(a). Defendant objects to the relief requested.

Plaintiff agreed to a dispositive motions deadline of January 30, 2011, not fully aware of the fact that a Motion for Summary Judgment is considered a dispositive motion. Plaintiff is pro se and did not realize that a Motion for Summary Judgment is also called a dispositive motion. The only reason Plaintiff waited until February 13, 2012 to file its Motion for Summary Judgment was that, he was of the understanding that a Motion for Summary Judgment is considered timely if filed after the process of discovery

was completed, so that the parties have time to discover all the facts, therefore Plaintiff waited until discovery was completed to file its motion.

Plaintiff genuinely had no idea that a Motion for Summary Judgment is a dispositive motion. Plaintiff has never missed a deadline in the past and takes pride in learning and adhering to the rules, and especially making sure its filings are timely.

Had Plaintiff been aware of this, he would have agreed to more time or made certain his filing was timely. Even with that being the case, Plaintiff politely points out that not much time has passed since the deadline. Plaintiff is not an attorney nor versed in Court procedure or legalese and as such humbly asks this honorable Court to forgive his mistake.

## CONCLUSION AND RELIEF REQUESTED

For all the reasons above, Plaintiff respectfully requests this Court grant leave to file its Motion for Summary Judgment.

DATED this 13th day of February, 2012.

Respectfully submitted,

Brian DeMaestri
9901 E. Evans Ave. #23 D
Denver, CO 80247

## Certificate of Service

This is to certify that a true and correct copy of the document above was mailed USPS first class mail to the person(s) listed below:

Joseph J. Lico, Esq.
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293

Plaintiff's Original Signature

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

1. Date of Transmission:

    2/13/12

2. Name of party making the transmission:

    BRIAN DEMAESTRI,

    Facsimile number: 720-535-6656 (call first)   Telephone number: 720-535-6656

3. Case number, caption and title of pleading or paper:

    1:11-cv-01671-WJM-MJW,

    BRIAN DEMAESTRI v. ASSET ACCEPTANCE CAPITAL CORP.,

    PLAINTIFF MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

4. Number of pages being transmitted, including facsimile cover sheet: 4

    Instructions: