IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01671-WJM-MJW

BRIAN DEMAESTRI,

Plaintiff(s),

v.

ASSET ACCEPTANCE CAPITAL CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant shall have up to and including February 29, 2012, to file any response to Plaintiffs' [sic] Motion for Leave to File Motion for Summary Judgment (docket no. 42).

Date:  February 15, 2012