IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01671-WJM-MJW
Consolidated with 11-cv-01672-WJM-MJW

BRIAN DEMAESTRI,

Plaintiff,

v.

ASSET ACCEPTANCE CAPITAL CORP.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to File Surreply (Docket No. 35) is granted, and the court has considered plaintiff's surreply (Docket No. 35-1) when issuing its report and recommendation on the defendant's motion for summary judgment.

    It is further ORDERED that the defendant's Motion to Strike Plaintiff's Motion for Summary Judgment (Docket No. 39) is denied.

    It is further ORDERED that the Plaintiff's Motion for Leave to File Motion for Summary Judgment (Docket No. 42) is granted.

Date: March 14, 2012