IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01671-WJM-MJW

BRIAN DEMAESTRI,

Plaintiff(s),

v.

ASSET ACCEPTANCE CAPITAL CORP.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of the Recommendations entered March 14, 2012, it is hereby ORDERED that the Final Pretrial Conference set on March 20, 2012, at 9:00 a.m., is VACATED.

Date:  March 14, 2012