IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01671-WJM-MJW
consolidated with 11-cv-1672-WJM-MJW

BRIAN DEMAESTRI,

    Plaintiff,

v.

ASSET ACCEPTANCE CAPITAL CORP.,

    Defendant.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the March 14, 2012 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 47) that Defendant Asset Acceptance Capital Corporation's Motion for Summary Judgment and Motion to Dismiss (ECF No. 30) be granted and that Plaintiff Brian DeMaestri's Motion for Summary Judgment (ECF No. 37) be denied.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 47 at 9-10.)  Despite this advisement, no objections to the Magistrate Judge's

Recommendation have been filed by either party. "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

Having reviewed the Recommendation, the Court concludes that the Magistrate Judge's analysis was thorough and sound, and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note.

Accordingly, the Court ORDERS the following:

1. Magistrate Judge Watanabe's March 14, 2012 Recommendation is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 37) is DENIED;

3. Defendant's Motion for Summary Judgment and Motion to Dismiss is GRANTED;

4. The Clerk shall enter judgment in favor of Defendant and against Plaintiff in both Civil Action No. 1:11-cv-1671-WJM-MJW and Civil Action No. 1:11-cv-1672-WJM-MJW. Defendant shall have its costs.

Dated this 12th day of April, 2012.

BY THE COURT:

William J. Martínez
United States District Judge