IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-01671-WJM-MJW
consolidated with 11-cv-01672-WJM-MJW

BRIAN DEMAESTRI,

    Plaintiff,

v.

ASSET ACCEPTANCE CAPITAL, CORP.,

    Defendant.

---

# FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Accepting the Recommendation of U.S. Magistrate Judge Michael J. Watanabe, Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (ECF No. 49), filed on April 12, 2012, by the Honorable William J. Martinez, United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Magistrate Judge Watanabe's March 14, 2012 Recommendation is ACCEPTED.  It is

    FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 37) is DENIED.  It is

    FURTHER ORDERED that Defendant's Motion for Summary Judgment and Motion to Dismiss is GRANTED.  It is

FURTHER ORDERED that the Clerk shall enter Judgment in favor of Defendant and against Plaintiff in both Civil Action No. 11-cv-01671-WJM-MJW and Civil Action No. 11-cv-1672-WJM-MJW.  It is

FURTHER ORDERED that Defendant shall have its costs.

DATED at Denver, Colorado this  16th  day of April, 2012.

FOR THE COURT:

Gregory C. Langham, Clerk

By s/ Edward P. Butler
   Edward P. Butler
   Deputy Clerk